Nicolucci v. Pittsburgh National Bank, Appellant.

Argued March 17, 1966. Before MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Myron W. Lamproplos,* with him *George W. Lamproplos,* and *Cassidy & Lamproplos,* for appellant.

*Robert J. Key,* with him *Philip Corbin, Jr.,* and *Rubin and Balter,* for appellee.

OPINION PER CURIAM, April 19, 1966:
Judgment affirmed.